BEFORE THE FIRST DIVISION, OCTOBER 13, 1938

No. 39584.—Petition 5468–R of National Biscuit Co. (Cleveland).

Opinion by McCLELLAND, P. J. On the record presented it was found the ·entry was made without the purpose of avoiding payment of the regular duties that accrued as a result of the advance in the value of the screenings in question. The petition was therefore granted.

No. 39585.—Petition 5542–R of National Biscuit Co. (Cleveland).

Opinion by McCLELLAND, P. J. Nothing was found in the record to indicate that there was any intent to undervalue the wheat on entry. The petition was therefore granted.

BEFORE THE SECOND DIVISION, OCTOBER 13, 1938

No. 39586.—Protests 412370–G, etc., of Quong Lee & Co. et al. (San Francisco).

Opinion by TILSON, J. It was found that certain items consist of shoes in chief value of leather similar to those involved in *Wing Chin* v. *United States* (T. D. 48665). The claim at 35 percent under paragraph 1405 was therefore sustained.

No. 39587.—Protests 445069–G, etc., of M. Liotta, Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39588.—Protests 446277–G, etc., of J. L. Friedman Co. et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39589.—Protests 449969–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.